Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

D.C. District of Columbia

Civil Division

| | |
|---|---|
| ALONZO SHEFFIELD PRO SE<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* D.C.Parole,Board<br>-v-<br>District of Columbia etal<br><br>United States of America<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case: 1:20-cv-00467 (F Deck)<br>Assigned To : Unassigned<br>Assign. Date : 2/14/2020<br>Description: Pro Se Gen. Civil |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.



RECEIVED
Mail Room

FEB 14 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Page 1 of 11

1

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: District of Columbia Parole Board
   All other names by which you have been known: Buerau of Prisons
   ID Number: N/A
   Current Institution: U.S.P. Canaan P.O. Box 400
   Address: WAYMART PA. 18472

   City      State      Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: District of Columbia Parole Board
   Job or Title (if known): Washington D.C. Parole Examiner
   Shield Number: N/A
   Employer: Parole Board
   Address: 500 Indiana Avenue
   Washington D.C. 20001
   City      State      Zip Code
   [X] Individual capacity   [X] Official capacity

   Defendant No. 2
   Name: BUEARU OF PRISONS (BOP)
   Job or Title (if known): N/A
   Shield Number: N/A
   Employer: JUSTICE DEPARTMENT
   Address: U.S.P. CANAAN
   WAYMART PA. 18472 P.O. BOX 300
   City      State      Zip Code
   [X] Individual capacity   [X] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name
Job or Title *(if known)*
Shield Number
Employer         N /A         N/A
Address

_____City_____  _____State_____  _____Zip Code_____

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
Name
Job or Title *(if known)*
Shield Number
Employer                           N/A
Address

_____City_____  _____State_____  _____Zip Code_____

☐ Individual capacity    ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[X] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

EQUAL, PROTECTION of the law 14th Amendment, 5thAmendment Due Process, 8th Amendment Cruel and Unusual Punishment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

That by and through the inaccurate calculation of my present sentence Im being held over the time I should have been released. See, attached sentence and parole correction, coumputation of my updated sentence.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Parole Board should have Known according to their parole hearing

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [X] Convicted and sentenced state prisoner
- [X] Convicted and sentenced federal prisoner
- [X] Other *(explain)* D.C. PRISONER in custody of Federal Jurisdiction

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Petitioner was sentenced to 24 months and 180 days incorrectly Resentenced to 90 days 10 months that was applicable previously and that the sentence was/has been served already. From 6/13/17 to present date of 12/16/19.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Thus by being incarcerated after sentencing to the Federal Penitentiary in Canaan U.S.P. Waymart, Pa 18472 P.O. Box 300 is cruel and unusuial punishment, due process violations of the 5th, 14th, Amendments.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Dates already listed on previous page.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* That the Parole Board should have knmown what my sentence was in order to parole me or that I be considered or parole and not extend my incarceration. And the(BOP) being the imprisoning party definitely should have known of my incarcerating time to be served in custody. They are the Wardens in conjunction with my being confined.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Im being placed in harms way every day and exposed to cruel and unusual punishment by and through the criminal neglect envolving my personal safety and psychological welbeing that Im being exposed to on a dailyy basis. In violation of my 5th,8th,14th Amendments to the Constituion of the UnitedStates.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I want the court to recognize the irreperable harm thht by and through the(BOP) and Parole Boards eriminal neglegence is causing plaintiff and the Honorable Court should ,award plaintiff nominal damages,puitive damages,criminal damges,future damages,copensatory damages,psychological damges,and any other damages the court deems fit to award plaintiff for his ongoing pain and suffering.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

U.S.P. CANAAN P.O. BOX 300
WAYMART, PA 18472

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims? SOME

[X] Yes

[ ] No

[ ] Do not know

If yes, which claim(s)? The fact that the (BOP) is holdiong me against my will and in violation of the law of the state and the laws of the U.S. Constitution. And Federal Laws. In violation of my 5th, 8th, and 14th Amendments to the Constituion.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[X] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?   N/A

[ ] Yes

[X] No

E. If you did file a grievance:

1. Where did you file the grievance?   U.S.P. CANAAN

2. What did you claim in your grievance?   SAME AS PREVIOUSLY MENTIONED.

3. What was the result, if any?

    NOTHING WAS EVER SAID OR DONE THUS THIS PRESENT SUIT!

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

    NO DECISION WAS EVER RETURNED TO ME!

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

    N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    THE MAIL HERE AT CANAAN IS ALWAYS TAMPERED WITH ALL MAIL ,LEGAL AN OTHERWISE IS CHECKED,COPIED,MISPLACED LATE OR NON-EXSISTING IN GETTING FROM YOU OR TO YOU!

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s)   N/A

    Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

    N/A

3. Docket or index number

    N/A

4. Name of Judge assigned to your case

    N/A

5. Approximate date of filing lawsuit

    N/A

6. Is the case still pending?

    ☐ Yes   N/A

    ☐ No

    If no, give the approximate date of disposition.   N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No                            N/A

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit              N/A
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____ N/A _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case         N/A

   _____

5. Approximate date of filing lawsuit
                                                N/A
   _____

6. Is the case still pending?

   ☐ Yes
                                                N/A
   ☐ No
                                                N/A
   If no, give the approximate date of disposition  _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

                             N/A

   _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff _____
Prison Identification # _____
Prison Address _____
_____
City          State          Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
_____
City          State          Zip Code
Telephone Number _____
E-mail Address _____

SCREENED BY U.S. MARSHALS

Canaan State Penitentiary
3057 ER 33
Waymart Pennsylvania 18472

Legal Mail

United States District
US District Court
333 Constitution Ave NW
Washington DC 20001

POSTAGE DUE

7019 1120 0001 6982 9082