UNITED States District Court
for the
D.C. District of Columbia
Civil Division

Alonzo Sheffield Pro SE
Plaintiff(s)

Case No. 1:20-CV-00467-UNA

V.

United States of America
Defendant

District of Columbia Parole Board
Parole Examiner
Defendant

Bureau of Prisons (BOP)
Defendant

Notice of Change of Address

3301 15th St. SE. #4
Washington DC. 20032

Alonzo Sheffield
3-5-2020

RECEIVED MAR 05 2020 Clerk, U.S. District & Bankruptcy Courts for the District of Columbia